UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 15-10165-CIV-MARTINEZ-GOODMAN

HOWARD COHAN,
    Plaintiff,

vs.

BIG PINE KEY FISHING LODGE INC. d/b/a
BIG PINE KEY FISHING LODGE,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. No. 13]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of October, 2015.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record